AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) Case No. Magistrate No. 24-1869 |
| ARTHUR MARTYNUSKA | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ARTHUR MARTYNUSKA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Production and Attempted Production of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2251(a) and (e); Distribution and Attempted Distribution of Material Involving the Sexual Exploitation of a Minor, in violation of 2252(a)(2) and (b)(1); and Possession and Attempted Possession of Material Involving the Sexual Exploitation of a Minor in violation of 2252(a)(4)(B) and (b)(2).

Date: 11/06/2024

*Issuing officer's signature*

City and state: Pittsburgh, Pennsylvania    Honorable Patricia L. Dodge, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Arthur Martynuska

Known aliases:

Last known residence: 571 3rd Street, Pitcairn, Pennsylvania 15140

Prior addresses to which defendant/offender may still have ties:
410A Middle Avenue, Wilmerding, PA 15148

Last known employment:

Last known telephone numbers: 412-459-8198; 412-927-9098

Place of birth:

Date of birth: 07/01/1988

Social Security number: 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

Height: 6'5"   Weight:

Sex: Male   Race: Caucasian

Hair: Brown   Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: