# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>ARTHUR MARTYNUSKA<br><br>*Defendant(s)* | Case No.<br>Magistrate No. 24-1869<br><br>[UNDER SEAL] |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 4, 2024  in the county of  Allegheny  in the  Western  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production and Attempted Production of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct |
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Distribution and Attempted Distribution of Material Involving the Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | Possession and Attempted Possession of Material Involving the Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Samantha Shelnick
*Complainant's signature*

Special Agent Samantha Shelnick
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 11/06/2024

*Judge's signature*

City and state: Pittsburgh, Pennsylvania

Patricia L. Dodge, United States Magistrate Judge
*Printed name and title*